JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara Ave., Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DEVON ROBERTSON, An Individual )
)
Plaintiff, ) CASE NO.  3:17-cv-00057-LRH-WGC
)
vs. )
)
STATE OF NEVADA its DHHS, et al., )
)
Defendants. )
)

## STIPULATION AND ORDER TO EXTEND DISCOVERY
### (FIRST REQUEST)

COMES NOW, the Plaintiff, DEVON ROBERTSON ("Robertson"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendants, STATE OF NEVADA ex rel. its Department of Health and Human Services ("Department"), RUSSELL KLEIN and GREGORY THORNTON (collectively, the Department, Russell Klein and Greg Thornton are referred to herein as the "State Defendants") through their attorneys, ADAM PAUL LAXALT, Attorney General of the State of Nevada, and SHANNON C. RICHARDS, Deputy Attorney General, hereby stipulate and agree as follows:

/ / /

/ / /

1. That the close of Discovery currently set for December 26, 2017, be extended ninety (90) days, and become due on March 26, 2018, or as soon thereafter as the Court may allow;

2. That the request for the Discovery deadline to be extended until March 26, 2018, is to allow the firm, HKM Employment Attorneys LLP and Ms. Foley, Ph.D., Esq. to have sufficient time to thoroughly review all the documents related to this case since Ms. Foley, Ph.D., Esq. is the new attorney of record for Ms. Robertson as of November 20, 2017.

| | |
|---|---|
| Dated this 1st day of December, 2017. | Dated this 1st day of December, 2017. |
| **HKM Employment Attorneys LLP** | **Office of the Attorney General** |
| /s/ Jenny L. Foley | /s/ Shannon C. Richards |
| Jenny L. Foley, Esq. | Adam Paul Laxalt |
| Nevada Bar No. 9017 | Attorney General |
| 1785 East Sahara Ave., Suite 325 | Shannon C. Richards |
| Las Vegas, Nevada 89104 | Deputy Attorney General |
| *Attorney for Plaintiff* | Nevada Bar No. 9660 |
| | Office of the Attorney General |
| | 555 E. Washington Ave., Suite 3900 |
| | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

/ / /

/ / /

/ / /

## ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND DISCOVERY in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Discovery deadline is to be extended from December 26, 2017 to March 26, 2018.

Dated: December 4, 2017

_____
UNITED STATES MAGISTRATE JUDGE