UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVON ROBERTSON,<br>Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br>Defendants. | Case No. 3:17-cv-00057-LRH-WGC<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (ECF No. 75) entered on June 27, 2018, recommending granting defendants' Motion to Enforce Settlement Agreement (ECF No. 58) entered on February 22, 2018. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 75) entered on June 27, 2018, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 75) entered on June 27, 2018, is ADOPTED and

1

ACCEPTED, and defendants' Motion to Enforce Settlement Agreement (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that Exhibit A to ECF No. 58 (a copy of which is attached to the Report and Recommendation ECF No. 75) is deemed to be the operative settlement agreement upon which judgment will be entered.

IT IS FURTHER ORDERED that the settlement proceeds shall be dispersed as follows:

1. A check in the amount of nineteen thousand six hundred dollars ($19,600.00) shall be made payable to HKM Employment Attorneys LLP and shall be mailed to Jenny Foley, Esq., HKM Employment Attorneys LLP, 1785 E. Sahara Avenue, Suite 325, Las Vegas, NV 89104, within thirty days of the entry of this order; and

2. A check in the amount of twenty-nine thousand four hundred dollars ($29,400.00) shall be made payable to Devon Robertson and shall be mailed, via certified mail – return receipt requested – to Devon Robertson, 2226 Blue Spruce Way, No. C, Tampa, Florida 33604, within thirty days of the entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 24th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE